Same case below, 375 Fed. Appx. 942.

**No. 09-11492. Alphonso Smith, Petitioner v. United States.**

562 U.S. 883, 131 S. Ct. 209, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6916.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 603 F.3d 112.

**No. 09-11493. Shanel Ann Stasz, Petitioner v. Rosendo Gonzalez, Chapter 7 Trustee.**

562 U.S. 884, 131 S. Ct. 209, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6785.

**No. 09-11495. Felipe Carrasco-Rivera, Petitioner v. United States.**

562 U.S. 884, 131 S. Ct. 209, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6635.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 308.

**No. 09-11497. Gary Don Robinson, Petitioner v. United States.**

562 U.S. 884, 131 S. Ct. 210, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6816.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-11498. Michael Joseph Sims, Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services.**

562 U.S. 884, 131 S. Ct. 210, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6935.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11499. Mac David Cochran, Petitioner v. California.**

562 U.S. 884, 131 S. Ct. 210, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 6776.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-11500. Fredrick Lamont Mungro, Petitioner v. United States.**

562 U.S. 884, 131 S. Ct. 210, 178 L. Ed. 2d 126, 2010 U.S. LEXIS 7067.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 365 Fed. Appx. 494.